UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:10-CR-00295-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | |
| | ) | ORDER |
| | ) | |
| | ) | |
| MARIO MONTAY QUILLER, | ) | |
| Defendant | ) | |

This order memorializes the court's ruling in open court on even date herewith. Defendant made an unopposed oral motion to continue the arraignment, which the court allowed. The arraignment is CONTINUED to 28 February 2011. Because defense counsel needs additional time to address evidentiary issues in the case, the court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This 31 January 2011.

_____
W. Earl Britt
Senior U.S. District Judge